UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OBAYDULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Case No. 08-1173 (RJL) |
| | ) | |
| BARACK H. OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT
(November **29**, 2010)

For the reasons set forth in this Court's public Memorandum Order of October 19,

2010 and for the reasons set forth in this Court's Classified Memorandum Opinion of

November 24, 2010, it is hereby

**ORDERED** that Petitioner Obaydullah's petition for a writ of habeas corpus is

**DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge